UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

FILED
DEC 22 2000
CLERK

************************************************************************

| | | |
|---|---|---|
| BEVERLY YOUNG, | * | CIV 00-4206 |
| Plaintiff, | * | |
| -vs- | * | JUDGMENT OF DISMISSAL |
| MIDLAND CREDIT MANAGEMENT, INC., | * | |
| Defendant. | * | |

************************************************************************

Based upon the stipulation of counsel, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Complaint of the Plaintiff is hereby dismissed upon the merits, with prejudice and without costs to any of the parties.

Dated this 22nd day of December, 2000.

BY THE COURT:

Lawrence L. Piersol
Chief Judge

ATTEST:
JOSEPH HAAS, CLERK
BY _____
DEPUTY